COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

| | | |
|---|---|---|
| Sam's East, Inc. d/b/a Sam's Club, | § | No. 08-17-00073-CV |
| Appellant, | § | Appeal from the |
| v. | § | 243rd District Court |
| Jimmy Duchene, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2016-DCV4273) |

§

# **O R D E R**

The Court has this day considered the Appellant's motion for emergency stay of trial court proceedings, and concludes the motion should be GRANTED. Therefore, the 243rd District Court is directed to stay all proceedings in cause number 2016-DCV4273, styled *Jimmy Duchene v. Sam's East, Inc d/b/a Sam's Club*, pending disposition of this appeal or further order of this Court.

IT IS SO ORDERED this 11th day of April, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.